UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIYAM AKMAL,<br><br>    Plaintiff,<br><br>    v.<br><br>WEIDNER INVESTMENT SERVICES, INC, et al.,<br><br>    Defendants. | Case No. C15-171 RSM<br><br>ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte* on the Court's May 24, 2017, Minute Order to Show Cause. Dkt. #14. It appeared to the Court Plaintiff was not prosecuting his case given that summons were issued on September 8, 2015, yet there had been no proof of service or docket activity since that date. *Id.* The Court ordered Plaintiff to show why this case should not be dismissed for failure to prosecute.

On June 13, 2017, Plaintiff responded by stating that he had been unable to get investigative reports from the Department of Housing & Urban Development ("HUD") after requesting such documents on at least three occasions. Dkt. #15. Plaintiff provides no other explanation for his inability to serve Defendants or any other efforts he has taken to prosecute his case.

ORDER OF DISMISSAL - 1

Plaintiff's communications with HUD do not absolve Plaintiff of responsibility to prosecute this action. The Court therefore finds that Plaintiff has failed to prosecute his case.

Dismissal would be appropriate under Rule 4(m) for failure to serve Defendants and the Court would typically dismiss this case without prejudice based on that failure. However, because Plaintiff has failed to take any action in this case for over a year, dismissal with prejudice is appropriate. *See* Local Rule 41(b)(1) ("[a] dismissal under this subparagraph will operate as an adjudication on the merits, as provided for in Fed. R. Civ. P. 41(b), unless the court orders otherwise.") Plaintiff has responded but failed to show good cause for his failure to prosecute. Accordingly, the Court will dismiss the action with prejudice. In so ruling, the Court takes no position on the underlying merits of Plaintiff's case.

Accordingly, the Court hereby finds and ORDERS that this matter is DISMISSED with prejudice and this case is now CLOSED.

DATED this 22nd day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2